■ DENISE PIAZZA et al., Appellants, v HUNTINGTON QUAD-RANGLE No. 1. COMPANY et al., Respondents. [686 NYS2d 737] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau County (Phelan, J.), entered March 20, 1998, which granted the defendants' cross motion for summary judgment dismissing the complaint and denied, as academic, their motion to compel disclosure.

Ordered that the order is affirmed, with costs.

The defendants made out a prima facie case for summary judgment. In opposition, the plaintiffs did not raise any triable issues of fact. Accordingly, the Supreme Court properly granted the defendants' cross motion for summary judgment. O'Brien, J. P., Thompson, Krausman and Luciano, JJ., concur.